# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯March 02, 2016⎯⎯

*The Court of Appeals hereby passes the following order:*

## A16A0990. MICHAEL W. WILLIAMS v. FREDERICK L. WILLIS, III.

Frederick Willis, III sued Michael Williams for misrepresentation and fraud regarding a real estate venture. Willis received a final judgment on July 5, 1994. In October 2015, Williams filed an Emergency Motion to Set Aside Final Judgment, arguing the judgment is void as duplicative of a 1993 South Carolina judgment. The trial court denied Williams's motion to set aside, and Williams filed this direct appeal. We lack jurisdiction.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). While Williams argues that the 1994 judgment is void and should be set aside pursuant to OCGA § 9-11-60 (a), and a collateral attack pursuant to that subsection is not subject to the discretionary appeal procedures, the Georgia Supreme Court has expressly limited judgments void on their faces under OCGA § 9-11-60 (a) to "those judgments which lack either personal or subject matter jurisdiction." *Murphy v. Murphy*, 263 Ga. 280, 282 (430 SE2d 749) (1993); *Utica Mut. Ins. Co. v. Mitchell*, 227 Ga. App. 830, 831-832 (490 SE2d 489) (1997). Williams argues that the 1994 judgment is duplicative of a South Carolina judgment; he does not argue that the Georgia court lacked personal or subject matter jurisdiction. Thus, Williams did not raise a valid collateral attack on the default judgment as void on its face. He, therefore, was required to comply with the discretionary appeal procedures of OCGA § 5-6-35 (a) to appeal the denial of his OCGA § 9-11-60 motion to set aside, and his failure to do so deprives this court of the jurisdiction to consider this case.

Accordingly, this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _____03/02/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*